**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TYLER JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07-CV-325 CAS |
| | ) | |
| UNKNOWN SEYMOUR, JEROME | ) | |
| FIELDS, EUGENE STUBBLEFIELD, | ) | |
| UNKNOWN BURT, and UNKNOWN | ) | |
| SINGER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF PARTIAL DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that, as to defendants Fields, Stubblefield and Burt, plaintiff's

complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).


_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**


Dated this __12th__ day of March, 2007.